1028

No. 98–6501. FRAZIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6505. FERNANDEZ v. NEW YORK CITY POLICE DEPARTMENT ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–6506. D. P. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–6508. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6509. RASHID v. DRUG ENFORCEMENT ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 98–6520. SOTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6525. TCHAKMAKJIAN v. COHEN, SECRETARY OF DEFENSE. C. A. 9th Cir. Certiorari denied.

No. 98–6526. VELEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6527. JUSTUS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6531. PARREN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6532. WHITE v. CALDWELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–6533. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6537. A. S. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–6538. A. V. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–6542. KYGER v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.